UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.E., *et al.*,

                     Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

                     Defendants.

---

**ORDER**

23-CV-10302 (DEH)

1. Defendants shall obtain the Record on Appeal for SRO No. 23-077, from the New York State Review Office.

2. The parties shall negotiate a joint appendix as proposed in their letter dated February 27, 2024.

3. The Record on Appeal and any Joint Appendix shall be filed under seal.

4. Further, the conference scheduled for March 5, 2024, at 10:30 a.m. EST is ADJOURNED to **March 18, 2024 at 2:00 p.m. EST.** The parties shall be prepared to address the motion on bifurcation (ECF No. 23). The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 654 072 747, followed by the pound (#) sign.

The Clerk of Court is respectfully requested to close ECF No. 27.

Dated: February 28, 2024
New York, New York

SO ORDERED.

_____
Hon. Dale E. Ho
United States District Judge