UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.E., et al,<br><br>                      Plaintiffs,<br><br>v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>                      Defendants. | 23 Civ. 10302 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    Following a conference held on March 18, 2024, the Court ordered the parties to file a proposed case management plan. *See* ECF No. 32. On March 29, 2024, the parties filed a joint status letter and proposed case management plan. *See* ECF Nos. 33-34. No significant issues were presented in the parties' materials.

    If the parties wish to proceed with an initial pretrial conference, they shall promptly file a letter on ECF so the conference can be scheduled on the Court's calendar. The case management plan and scheduling order will issue separately.

    SO ORDERED.

Dated: April 3, 2024
       New York, New York

                                                                     DALE E. HO
                                                     United States District Judge