UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.E., et al,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>New York City Department of Education, et al,<br><br>　　　　　　　　　Defendants. | 23-CV-10302 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 13, 2025, the Court ordered the parties to submit a joint status letter and, if necessary, and amended Civil Case Management Plan and Scheduling Order, by February 19, 2025.  *See* ECF No. 46.  No such update has been received.  The parties' time to file such an update is extended to **March 12, 2025**.

　　　　SO ORDERED.

Dated: March 5, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge