UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.E., et al.,<br><br>                              Plaintiff(s),<br><br>                    v.<br><br>New York City Department of Education, et al.,<br><br>                              Defendant(s). | 23-CV-10302 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On April 11, 2025, the Court directed the parties to submit a joint status letter and, if necessary, an amended Civil Case Management Plan and Scheduling Order, by May 9, 2025. No such letter was submitted. The parties are hereby ORDERED to file a joint status letter by October 21, 2025, explaining the reason for the delay and proposing next steps in this litigation.

SO ORDERED.

Dated: October 15, 2025
        New York, New York

_____
            DALE E. HO
      United States District Judge